UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: GENERAL MORTGAGE CORPORATION
OF AMERICA, INC.,

    Debtor.
_____/

BANK OF AMERICA MORTGAGE
CAPITAL CORP., et al.,

    Appellants,

v.                                                  CASE NO: 2:09-cv-117-FtM-UA

DIANE L. JENSEN,

    Appellee.
_____/

## O R D E R

    Upon due consideration, it is ordered and adjudged that the Agreed Motion to Abate Appeal (Dkt. 6) is granted. This appeal is abated pending the Bankruptcy Judge's ruling on the Trustee's Motion to Approve Compromise or Controversy. The parties are directed to advise the Court in writing of the ruling on that motion within five (5) days of the ruling. The Clerk is directed to administratively close this case during the period of the abatement subject to the right of any party to move to reopen in the event the Bankruptcy Judge denies the Trustee's motion.

    **DONE AND ORDERED** at Tampa, Florida, on March 4, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel/Parties of Record